# STEVEN S. BISS

ATTORNEY AT LAW
300 WEST MAIN STREET, SUITE 102
CHARLOTTESVILLE, VIRGINIA 22903
TELEPHONE: 804-501-8272
FAX: 202-318-4098
EMAIL: stevenbiss@earthlink.net
stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

MATTER NO.

202-001

July 19, 2019

**VIA REGULAR MAIL**

Fernando Galindo, Clerk
United States District Court, EDVA
Federal Courthouse
701 East Broad Street
Richmond, Virginia 23219

RE: **Fitzgibbon v. Radack**
  **Case 3:19-cv-477-REP**

Dear Mr. Galindo:

Enclosed is the Waiver of Service of Summons form, executed by counsel for defendant, Jesselyn Radack.

Thank you for your assistance. Call or email me if you have any questions.

Yours very truly,

Steven S. Biss

Encl.
cc.  Trevor Fitzgibbon

