UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 3:19-cv-477-REP <br> vs. ) <br> ) <br> JESSELYN A. RADACK, ) <br> ) <br> Defendant. ) | |

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO
### FED. R. CIV. P. 12(b)(1), (b)(2), and (b)(6)

Defendant Jesselyn A. Radack, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1), (b)(2), and (b)(6) hereby moves to dismiss with prejudice the Complaint filed herein by Plaintiff Trevor Fitzgibbon for lack of subject matter jurisdiction, lack of personal jurisdiction, and failure to state a claim upon which relief may be granted, and in support thereof, respectfully refers the Court to the accompanying Memorandum in Support.

WHEREFORE, Jesselyn A. Radack respectfully requests that the Court grant the instant motion and enter the attached proposed Order.

Dated: September 9, 2019

Respectfully submitted,

JESSELYN A. RADACK

**THE THOMAS LAW OFFICE, P.L.C.**
11130 Fairfax Boulevard, Suite 200-G
Fairfax, VA 22030
Telephone: 703-957-2577
Facsimile: 703-957-2577
E-mail: mthomas@thomaslawplc.com

By:     /s/ D. Margeaux Thomas
        D. Margeaux Thomas (VSB #75582)
        *Counsel for Defendant Jesselyn A. Radack*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven S. Biss
300 West Main Street, Suite 102,
Charlottesville, VA 22903
stevenbiss@earthlink.net

          /s/ D. Margeaux Thomas
        D. Margeaux Thomas (VSB #75582)
        The Thomas Law Office PLC
        11130 Fairfax Blvd., Suite 200-G
        Fairfax, VA 22030
        Telephone: 703.957.2577
        Facsimile: 703.957.2578
        Email: mthomas@thomaslawplc.com
        *Counsel for Defendant Jesselyn A. Radack*