UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 3:19-cv-477-REP ) ) |
| JESSELYN A. RADACK, | ) ) |
| Defendant. | ) ) |

## ORDER

UPON DUE CONSIDERATION of Defendant, Jesselyn A. Radack's Motion to Dismiss pursuant to Rule 12(b)(1), (b)(2), and (b)(6) of the Federal Rules of Civil Procedure and any opposition thereto, it is hereby

**ORDERED** that said Motion to Dismiss be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint be, and hereby is, dismissed with prejudice.

Dated this ___ day of _____, 2019.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 9th day of September 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven S. Biss  
300 West Main Street, Suite 102, Charlottesville,  
VA 22903  
stevenbiss@earthlink.net

           /s/ D. Margeaux Thomas  
          D. Margeaux Thomas (VSB #75582)  
          The Thomas Law Office PLC  
          11130 Fairfax Blvd., Suite 200-G  
          Fairfax, VA 22030  
          Telephone: 703.957.2577  
          Facsimile: 703.957.2578  
          Email: mthomas@thomaslawplc.com  
          *Counsel for Defendant Jesselyn A. Radack*