UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JESSELYN A. RADACK, )<br>)<br>Defendant. ) | Civil Action No. 3:19-cv-477-REP |

## MOTION TO SEAL

Defendant Jesselyn A. Radack, by and through undersigned counsel, and pursuant to E.D. Va. Loc. Civ. R. 5(c) moves this Court to file under seal the Confidential Settlement Agreement referenced as Exhibit A in Defendant's Motion to Dismiss, and in support thereof, respectfully refers the Court to the accompanying Memorandum in Support.

WHEREFORE, Defendant Jesselyn A. Radack respectfully requests that the Court grant the instant motion and enter the attached proposed Order.

Dated: September 10, 2019

Respectfully submitted,

JESSELYN A. RADACK

**THE THOMAS LAW OFFICE, P.L.C.**
11130 Fairfax Boulevard, Suite 200-G
Fairfax, VA 22030
Telephone: 703-957-2577
Facsimile: 703-957-2577
E-mail: mthomas@thomaslawplc.com

By:   /s/ D. Margeaux Thomas
      D. Margeaux Thomas (VSB #75582)
      *Counsel for Defendant Jesselyn A. Radack*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven S. Biss
300 West Main Street, Suite 102,
Charlottesville, VA 22903
stevenbiss@earthlink.net

        /s/ D. Margeaux Thomas
D. Margeaux Thomas (VSB #75582)
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
Telephone: 703.957.2577
Facsimile: 703.957.2578
Email: mthomas@thomaslawplc.com
*Counsel for Defendant Jesselyn A. Radack*