UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, <br><br> Plaintiff, <br><br> vs. <br><br> JESSELYN A. RADACK, <br><br> Defendant. | Civil Action No. 3:19-cv-477-REP |

**ORDER**

UPON DUE CONSIDERATION of Defendant, Jesselyn A. Radack's Motion to Seal and any opposition thereto, and the Court finding that notice of the Motion was sufficiently given, that consideration of less drastic alternatives has been completed, and that sealing is appropriate given that: (i) the document is the basis for Plaintiff's claims and should be read as whole; (ii) to preserve the confidential nature of the document; (iii) to avoid disclosure of personal identifiers of third parties; and (iv) to avoid further exposure of the confidential aspects concerning the settlement of the prior lawsuit between the parties to discourse in social media and otherwise, and that good cause exists to grant the requested relief, it is hereby

**ORDERED** that said Motion to Seal be, and hereby is, **GRANTED**; and it is further

**ORDERED** that the Settlement Agreement shall remain sealed until the final resolution of this matter and then returned to counsel.

Dated this ___ day of _____, 2019.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven S. Biss
300 West Main Street, Suite 102, Charlottesville,
VA 22903
stevenbiss@earthlink.net

        /s/ D. Margeaux Thomas
D. Margeaux Thomas (VSB #75582)
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
Telephone: 703.957.2577
Facsimile: 703.957.2578
Email: mthomas@thomaslawplc.com
*Counsel for Defendant Jesselyn A. Radack*