UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:19-cv-477-REP |
| vs. | ) |
| | ) |
| JESSELYN A. RADACK, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

PLEASE TAKE NOTICE THAT Defendant, Jesselyn A. Radack ("Defendant" or "Radack"), by counsel, and pursuant to E.D. Va. Loc. Civ. R. 5, has moved this Court for leave to file under seal the Confidential Settlement Agreement referenced as Exhibit A to the Defendant's Memorandum in Support of Motion to Dismiss (Dkt. No. 7).

Parties and non-parties may submit memoranda in support of or in opposition to the Motion within seven (7) days after the filing of the Motion to Seal, and they may designate all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memorandum will be treated as sealed pending a determination by the Court on the motion to seal.

Any person objecting to the Motion must file an objection with the Clerk within seven (7) days after the filing of the Motion to Seal and if no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

Dated this 10th day of September, 2019

/s/  D. Margeaux Thomas
D. Margeaux Thomas (VSB #75582)
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
Telephone: 703.957.2577
Facsimile: 703.957.2578
Email: mthomas@thomaslawplc.com
*Counsel for Defendant Jesselyn A. Radack*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, a copy of the foregoing document was filed with the Court electronically.  Notice of this filing will be sent automatically by the Court's CM/ECF system to the following parties:

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
*Counsel for Plaintiff*

/s/  D. Margeaux Thomas
D. Margeaux Thomas (VSB #75582)
