**UNIVERSITY OF CALIFORNIA, LOS ANGELES**  **UCLA**

BERKELEY · DAVIS · IRVINE · LOS ANGELES · MERCED · RIVERSIDE · SAN DIEGO · SAN FRANCISCO — SANTA BARBARA · SANTA CRUZ

EUGENE VOLOKH
GARY T. SCHWARTZ PROFESSOR OF LAW

SCHOOL OF LAW
405 HILGARD AVE.
LOS ANGELES, CA 90095-1476
(310) 206-3926
volokh@law.ucla.edu

September 16, 2019



Clerk of Court
U.S. District Court, Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, VA 23219

Dear Mr. Galindo:

    I enclose my *pro se* Objection to Motion to Seal in *FitzGibbon v. Radack*, No. 3:19-cv-477-REP (due September 17). I am not a member of the Virginia bar, so I cannot join the Eastern District bar to file the objection electronically. Please let me know if there are any deficiencies with this filing that I need to remedy.

                                        Sincerely Yours,

                                        Eugene Volokh
                                        *Pro se*
                                        volokh@law.ucla.edu
                                        (310) 206-3926