Case 3:19-cv-00477-REP   Document 12-2   Filed 09/17/19   Page 1 of 1 PageID# 95

