IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Civil Action No. 3:19cv477

JESSELYN A. RADACK,

    Defendant.

**ORDER**

Having reviewed the Objection to Motion to Seal (ECF No. 12), it is hereby ORDERED that the plaintiff and the defendant shall file responses to the Objection to Motion to Seal (ECF No. 12) by October 22, 2019 and shall serve the objector who shall file a reply by November 6, 2019.

The Clerk shall send a copy of this Order to Mr. Eugene Volokh at the address reflected in the Objection to Motion to Seal.

It is so ORDERED.

                                        /s/ REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: October 2, 2019