IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON,

    Plaintiff,

v.                                          Civil Action No. 3:19cv477

JESSLYN A. RADACK,

    Defendants.

**ORDER**

Having reviewed the file herein and finding that, pursuant to Fed. R. Civ. P. 15(a)(1)(B), the plaintiff filed his AMENDED COMPLAINT on September 29, 2019 (ECF No. 13), it is hereby ORDERED that DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), (b)(2), AND (b)(6) (ECF No. 6) is denied as moot. It is further ORDERED that the defendants shall file their Answers and any other motions with respect to the AMENDED COMPLAINT by October 15, 2019.

    It is so ORDERED.

                                                  /s/ REP
                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: October 4, 2019