## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **TREVOR FITZGIBBON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 3:19-cv-477-REP |
| | ) |
| **JESSELYN A. RADACK,** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), FED. R. CIV. P. 12(b)(2), and FED. R. CIV. P. 12(b)(6)

Defendant Jesselyn A. Radack, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(2), and Fed. R. Civ. P. 12(b)(6) hereby moves to dismiss with prejudice the Amended Complaint filed herein by Plaintiff Trevor Fitzgibbon for lack of subject matter jurisdiction, lack of personal jurisdiction, and failure to state a claim upon which relief may be granted, and in support thereof, respectfully refers the Court to the accompanying Memorandum in Support.

WHEREFORE, Jesselyn A. Radack respectfully requests that the Court grant the instant motion and enter the attached proposed Order.

Dated: October 15, 2019

Respectfully submitted,

JESSELYN A. RADACK

**THE THOMAS LAW OFFICE, P.L.C.**
11130 Fairfax Boulevard, Suite 200-G
Fairfax, VA 22030
Telephone: 703-957-2577
Facsimile: 703-957-2577
E-mail: mthomas@thomaslawplc.com

By:     /s/ D. Margeaux Thomas
     D. Margeaux Thomas (VSB #75582)
     *Counsel for Defendant Jesselyn A. Radack*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven S. Biss
300 West Main Street, Suite 102,
Charlottesville, VA 22903
stevenbiss@earthlink.net

          /s/ D. Margeaux Thomas
     D. Margeaux Thomas (VSB #75582)
     The Thomas Law Office PLC
     11130 Fairfax Blvd., Suite 200-G
     Fairfax, VA 22030
     Telephone: 703.957.2577
     Facsimile: 703.957.2578
     Email: mthomas@thomaslawplc.com
     *Counsel for Defendant Jesselyn A. Radack*