UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JESSELYN A. RADACK, )<br>)<br>Defendant. ) | Civil Action No. 3:19-cv-477-REP |

## ORDER

UPON DUE CONSIDERATION of Defendant, Jesselyn A. Radack's Motion to Dismiss pursuant to Rule 12(b)(1), (b)(2), and (b)(6) of the Federal Rules of Civil Procedure and any opposition thereto, it is hereby

**ORDERED** that said Motion to Dismiss be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint be, and hereby is, dismissed with prejudice.

Dated this ___ day of _____, 2019.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven S. Biss
300 West Main Street, Suite 102, Charlottesville,
VA 22903
stevenbiss@earthlink.net

    /s/ D. Margeaux Thomas
D. Margeaux Thomas (VSB #75582)
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
Telephone: 703.957.2577
Facsimile: 703.957.2578
Email: mthomas@thomaslawplc.com
*Counsel for Defendant Jesselyn A. Radack*