# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, )<br>)<br>PLAINTIFF )<br>vs. )<br>)<br>JESSELYN A. RADACK, )<br>)<br>DEFENDANT )<br>)<br>) | Civil Action No. 3:19-cv-477-REP |

### [PROPOSED] ORDER

This matter came before the Court on Defendant, Jesselyn A. Radack's ("Radack") Motion for Extension of Time to file Answer to Plaintiff's Amended Complaint.

Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion for Extension of Time is hereby GRANTED and Radack shall file her Answer to Plaintiff's Amended Complaint on or before October 23, 2019, which shall be deemed timely filed.

IT IS SO ORDERED.

Entered this _____ day of October, 2019.

_____
United States District / Magistrate Judge