IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| TREVOR FITZGIBBON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-477-REP |
| | ) | |
| | ) | |
| JESSELYN A. RADACK | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# **NOTICE**

Plaintiff, Trevor Fitzgibbon, by counsel, hereby notifies the Court and counsel for the defendant that Plaintiff does not oppose defendant's motion for extension of time to file an answer.

DATED:	October 16, 2019

TREVOR FITZGIBBON

By:	*/s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:	(804) 501-8272
Facsimile:	(202) 318-4098
Email:	**stevenbiss@earthlink.net**

*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2019 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: */s/Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: **stevenbiss@earthlink.net**

*Counsel for the Plaintiff*