UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:19-cv-477-REP |
| vs. | ) |
| | ) |
| JESSELYN A. RADACK, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF MOTION TO SEAL**

On September 10, 2019, Defendant Jesselyn A. Radack, by counsel, filed a Motion to Seal, Dkt No. 8.  Defendant now files the instant Notice to inform the Court that she is withdrawing her previously filed Motion to Seal as the unredacted Confidential Settlement Agreement is no longer an exhibit to Defendant's Motion to Dismiss, therefore the issues raised in the previously filed Motion to Seal are now moot.

Dated: October 22, 2019

                                                                                                    Respectfully submitted,

                                                                                                    JESSELYN A. RADACK

**THE THOMAS LAW OFFICE, P.L.C.**
11130 Fairfax Boulevard, Suite 200-G
Fairfax, VA 22030
Telephone: 703-957-2577
Facsimile: 703-957-2577
E-mail: mthomas@thomaslawplc.com

By:    /s/ D. Margeaux Thomas
      D. Margeaux Thomas (VSB #75582)
      *Counsel for Defendant Jesselyn A. Radack*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 22nd day of October 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven S. Biss
300 West Main Street, Suite 102,
Charlottesville, VA 22903
stevenbiss@earthlink.net

                                /s/ D. Margeaux Thomas
                            D. Margeaux Thomas (VSB #75582)
                            The Thomas Law Office PLC
                            11130 Fairfax Blvd., Suite 200-G
                            Fairfax, VA 22030
                            Telephone: 703.957.2577
                            Facsimile: 703.957.2578
                            Email: mthomas@thomaslawplc.com
                            *Counsel for Defendant Jesselyn A. Radack*