UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:19-cv-477-REP |
| vs. | ) |
| | ) |
| JESSELYN A. RADACK, | ) |
| | ) |
| Defendant. | ) |

# ORDER

UPON DUE CONSIDERATION of Defendant, Jesselyn A. Radack's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and any opposition thereto, it is hereby

**ORDERED** that said Motion to Dismiss be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint be, and hereby is, dismissed with prejudice.

Dated this ___ day of _____, 2019.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of October 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven S. Biss
300 West Main Street, Suite 102, Charlottesville,
VA 22903
stevenbiss@earthlink.net

          /s/ D. Margeaux Thomas
         D. Margeaux Thomas (VSB #75582)
         The Thomas Law Office PLC
         11130 Fairfax Blvd., Suite 200-G
         Fairfax, VA 22030
         Telephone: 703.957.2577
         Facsimile: 703.957.2578
         Email: mthomas@thomaslawplc.com
         *Counsel for Defendant Jesselyn A. Radack*