IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TREVOR FITZGIBBON,

    Plaintiff,

v.                                               Civil Action No. 3:19cv477

JESSELYN A. RADACK,

    Defendant.

**ORDER**

Having conferred with counsel at the Initial Pretrial Conference on November 19, 2019, it is hereby ORDERED that:

(1) the plaintiff shall file a Second Amended Complaint by December 10, 2019;

(2) by January 7, 2020, the defendant shall file her Answer and Affirmative Defenses and Counterclaims, as well as any motions under Fed. R. Civ. P. 12(b)(1), (2), or (6); and

(3) the plaintiff shall file his response brief to any such motions by January 21, 2020 and shall file an Answer to the Counterclaims by that date;

(4) the defendant shall file her reply brief(s) by February 6, 2020.

It is also ORDERED that the following motions are denied as moot:

    (a) DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R.
        CIV. P. 12(b)(2) (ECF No. 24); and

    (b)    DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) (ECF No. 26); and

    (c)    DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) (ECF No. 28).

It is so ORDERED.

                                                  /s/    REP
                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: November 19, 2019