UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON,<br><br>   Plaintiff,<br><br>vs.<br><br>JESSELYN A. RADACK,<br><br>   Defendant. | )<br>)<br>)<br>) Civil Action No. 3:19-cv-477-REP<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON DUE CONSIDERATION of Defendant, Jesselyn A. Radack's Motion to Dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and any opposition thereto, it is hereby

**ORDERED** that said Motion to Dismiss be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Plaintiff's Second Amended Complaint be, and hereby is, dismissed with prejudice.

Dated this ___ day of _____, 2020.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven S. Biss
300 West Main Street, Suite 102, Charlottesville,
VA 22903
stevenbiss@earthlink.net

       /s/ D. Margeaux Thomas
      D. Margeaux Thomas (VSB #75582)
      The Thomas Law Office PLC
      11130 Fairfax Blvd., Suite 200-G
      Fairfax, VA 22030
      Telephone: 703.957.2577
      Facsimile: 703.957.2578
      Email: mthomas@thomaslawplc.com
     *Counsel for Defendant Jesselyn A. Radack*