UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:19-cv-477-REP |
| vs. | ) |
| | ) |
| JESSELYN A. RADACK, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

UPON DUE CONSIDERATION of Defendant, Jesselyn A. Radack's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and any opposition thereto, it is hereby

**ORDERED** that said Motion to Dismiss be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Plaintiff's Second Amended Complaint be, and hereby is, dismissed with prejudice.

Dated this ___ day of _____, 2020.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steven S. Biss
300 West Main Street, Suite 102, Charlottesville,
VA 22903
stevenbiss@earthlink.net

        /s/ D. Margeaux Thomas
D. Margeaux Thomas (VSB #75582)
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
Telephone: 703.957.2577
Facsimile: 703.957.2578
Email: mthomas@thomaslawplc.com
*Counsel for Defendant Jesselyn A. Radack*