Cookies help us deliver our services. By using our services, you agree to our use of cookies.

# Trevor Scott FitzGibbon



**Trevor Scott FitzGibbon** (born 1970, in Lynchburg Virginia) is an American communications strategist who represented clients including WikiLeaks and its founder Julian Assange, Chelsea Manning, Glenn Greenwald, a founder of the Intercept, and support for Edward Snowden, as reported (http://fullmeasure.news/news/cover-story/shades-of-grey-07-24-2018) by journalist Sharyl Attkisson on July 29, 2018. His public relations firm shut down in December 2015 amidst sexual assault and harassment allegations against him but that were each dismissed by U.S. Attorney Channing D. Phillips.[1] .

| | Trevor Scott FitzGibbon |
|---|---|
| **Born** | 1970 |
| | Lynchburg, Virginia |
| **Nationality** | American |
| **Occupation** | American Communications Strategist |

## Career

FitzGibbon started his career as an activist working to protect the environment.[2] In 2009, he founded and for six years ran the communications firm FitzGibbon Media.

In December 2015, FitzGibbon Media was closed because of allegations of sexual harassment and assault made against Trevor FitzGibbon. In April 2017, U.S. Attorney Channing D. Phillips closed all investigations of FitzGibbon and declined to pursue any actions against him. No civil lawsuits had by then been filed against him or the firm.[3]

As reported by Full Measure (http://fullmeasure.news/news/cover-story/shades-of-grey-07-24-2018), "FitzGibbon had angered some fellow liberals for his support of Bernie Sanders over Hillary Clinton and for representing clients connected to WikiLeaks. He represented Bradley Manning— who passed classified materials to WikiLeaks. Edward Snowden— the government whistleblower WikiLeaks once helped. The journalist Snowden leaked to: Glenn Greenwald... And he represented WikiLeaks and its founder Julian Assange....In 2016, WikiLeaks published embarrassing insider emails of Hillary Clinton officials and the Democratic National Committee, and WikiLeaks was accused of working with Russia and being pro-Trump. There's little doubt there are powerful efforts to smear WikiLeaks and its supporters. Government contractors circulated this dossier in 2010, a wide-ranging strategy to combat "The WikiLeaks Threat, (https://www.forbes.com/sites/andygreenberg/2011/02/11/palantir-apologizes-for-wikileaks-attack-proposal-cuts-ties-with-hbgary/#26c53db95585)" to "sabotage or discredit" WikiLeaks supporters using "social media exploitation" and "disinformation."

In April 2018, Trevor FitzGibbon filed a federal lawsuit against whistleblower attorney Jesselyn Radack alleging defamation and malicious prosecution. As reported by Shadowproof, Radack in March 2016 accused FitzGibbon of first degree sexual abuse, including rape that allegedly took place on December 8, 2015, and third degree sexual abuse through the use of force. FitzGibbon in turn stated Radack was having a consensual affair with him and lied to police when she made the criminal allegations against him. FitzGibbon also said Radack "leveraged her substantial following on Twitter, which includes her internationally renowned clients, to publish and republish multiple false and defamatory statements." FitzGibbon seeks $10,350,000 compensatory damages and punitive damages, $46,141 attorney's fees, and additional interest and court costs.[4]

## References

EXHIBIT D




1. Merlan, Anna (May 17, 2017). "Founder of PR Firm Shut Down Over Sexual Harassment Allegations Launches Project to Protect Women at Work" (https://jezebel.com/founder-of-pr-firm-shut-down-over-sexual-harassment-all-1795302563). *jezebel.com*. Jezebel. Retrieved May 25, 2018.
2. Baldwin, Brent. "The Fire Starter" (https://www.styleweekly.com/richmond/the-fire-starter/Content?oid=2233402). *Style Weekly*. Retrieved 2017-10-24.
3. "U.S. Attorney Clears Trevor FitzGibbon Of Sexual Misconduct Charges" (https://shadowproof.com/2017/05/15/united-states-attorney-d-c-clears-trevor-fitzgibbon-sexual-misconduct-charges/). *Shadowproof*. 2017-05-15. Retrieved 2017-10-24.
4. Gosztola, Kevin (May 18, 2018). "Whistleblower Attorney Faces Lawsuit Alleging Defamation and Malicious Prosecution over Sexual Assault Allegations" (https://shadowproof.com/2018/05/18/whistleblower-attorney-faces-lawsuit-alleging-defamation-and-malicious-prosecution-over-sexual-assault-allegations/). *shadowproof.com*. Shadowproof. Retrieved May 19, 2018.

## External links

- *Trevor FitzGibbon v. Jesselyn A. Radack*, Amended Complaint filed April 29, 2018, in the United States District Court for the Eastern District of Virginia, Richmond Division. (https://assets.documentcloud.org/documents/4469578/AmendedRadack.pdf)

 This article about an American businessperson born in the 1970s is a stub. You can help Wikipedia by expanding it (https://en.everybodywiki.com/index.php?title=Trevor_Scott_FitzGibbon&action=edit).

This advertising-related article is a stub. You can help Wikipedia by expanding it (https://en.everybodywiki.com/index.php?title=Trevor_Scott_FitzGibbon&action=edit).

This article "Trevor Scott FitzGibbon" is from Wikipedia (https://en.wikipedia.org/wiki/Trevor_Scott_FitzGibbon). The list of its authors can be seen in its historical and/or the page Edithistory:Trevor Scott FitzGibbon. Articles copied from Draft Namespace on Wikipedia (https://en.wikipedia.org) could be seen on the Draft Namespace of Wikipedia and not main one.

Like   Share   977 people like this. Be the first of your friends.

Share  _____

Follow us on https://twitter.com/EverybodyWiki !

Cookies help us deliver our services. By using our services, you agree to our use of cookies.

**Retractable Roof System**

Ad  ShadeFX Retractable Roofs

**Angie Vu Ha - EverybodyWiki Bios & Wiki**

everybodywiki.com

**Cutest New Summer Bikinis**

Ad  Summer Life

**David Gokhshtein - EverybodyWiki Bios & Wiki**

everybodywiki.com

**Mirando Writing Desk Millwood Pines**

Ad  wayfair.com

**Ram Babu Yadav - EverybodyWiki Bios & Wiki**

everybodywiki.com

**Rafique Ahmed Bhutto - EverybodyWiki Bios & Wiki**

everybodywiki.com

**Zonayed Saki - EverybodyWiki Bios & Wiki**

everybodywiki.com

Retrieved from "https://en.everybodywiki.com/index.php?title=Trevor_Scott_FitzGibbon&oldid=595545"

**This page was last edited on 29 December 2019, at 15:10.**

This page has been accessed 1,586 times.

Content is available under License CC BY-SA 3.0 unless otherwise noted.