UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, | ) |
| Plaintiff, | ) ) ) Civil Action No. 3:19-cv-477-REP |
| vs. | ) ) |
| JESSELYN A. RADACK, | ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF DEFENDANT JESSELYN A. RADACK

I, Jesselyn A. Radack, declare the following.

1. My name is Jesselyn Radack and I am the defendant in this matter.

2. I have written and lectured on issues concerning child abuse, sexual harassment and assault, and violence against women for approximately thirty years.

3. I have been active in feminist organizations that seek to end sexual violence against women.

4. I have won awards related to my work on violence against women issues, including the Feminist Majority Foundation's "Feminist of the Year Award" for activism on issues of campus sexual harassment and assault.

5. From 1992-1995, I served as an editor on the Yale Journal of Law and Feminism.

6. From 1995-2002, I served on a Justice Department's working group on improving work-life balance for women.

7. In 1999, I published a chapter in the book by Susan Villari "Just Sex: Students Rewrite the Rule on Sex, Violence, Equality and Activism."

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/4/20                                        Jesselyn Radack
                                                    Jesselyn Radack

Signature: *Jesselyn Radack*
Jesselyn Radack (Feb 4, 2020)

Email: jar3rad@gmail.com