

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON,

    Plaintiff,

v.                            Civil Action No. 3:19cv477

JESSELYN A. RADACK,

    Defendant.

## ORDER

By ORDER (ECF No. 56) the Court denied the defendant's MOTION TO SEAL (ECF No. 8) Exhibit A to the MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT JESSELYN A. RADACK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1), (B)(2), AND (B)(6) (ECF No. 7). The ORDER (ECF No. 56) erroneously required counsel for the plaintiff to shall make the redactions to the Settlement Agreement (ECF No. 11). It is hereby ORDERED that the ORDER (ECF No. 56) is amended to reflect that the last sentence in the paragraph be as follows: "Counsel for the defendant shall make the required redactions and the filing herein required by February 11, 2020."

The Clerk shall send a copy of this Order to Eugene Volokh.

It is so ORDERED.

                                                /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: February 6, 2020