IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |  | |
|---|---|---|---|
| TREVOR FITZGIBBON | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | Case No. 3:19-cv-477-REP |
| | ) | | |
| | ) | | |
| JESSELYN A. RADACK | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

# MOTION TO SUPPLEMENT
# SECOND AMENDED COMPLAINT

Plaintiff, Trevor Fitzgibbon, by counsel, pursuant to Rule 15(d) of the Federal Rules of Civil Procedure (the "Rules"), moves the Court for leave to supplement his second amended complaint [*ECF No. 43*] to set out (a) additional breaches of the settlement agreement and defamation that happened after the date Plaintiff filed his second amended complaint and (b) breaches and defamation that Plaintiff has recently discovered as a result of the actions of a whistleblower.

The arguments and legal bases for this Motion are stated more fully by Plaintiff in his Memorandum in Support, being filed contemporaneously with this Motion pursuant to Local Civil Rule 7(F).

Plaintiff's proposed Statement of Additional Claims is attached as *Exhibit "A"*.

A proposed Order is attached as *Exhibit "B"*.

WHEREFORE, Plaintiff respectfully requests the Court to enter an Order:

1

(1) granting Plaintiff's motion to supplement his second amended complaint and to file his Statement of Additional Claims;

(2) ordering Defendant to answer Plaintiff's Statement of Additional Claims within 14 days of entry of an Order granting Plaintiff the relief requested; and

(3) awarding such further relief as the Court deems proper.

TREVOR FITZGIBBON

By: /s/ *Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:    (804) 501-8272
Facsimile:    (202) 318-4098
Email:        **stevenbiss@earthlink.net**

*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: */s/ Steven S. Biss*
Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:   (804) 501-8272
Facsimile:    (202) 318-4098
Email:           **stevenbiss@earthlink.net**

*Counsel for the Plaintiff*