IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON

    Plaintiff,

v.                                    Civil Action No. 3:18-cv-477

JESSELYN A. RADACK

    Defendant.

## ORDER

This matter is before the Court on plaintiff's MOTION TO SUPPLEMENT SECOND AMENDED COMPLAINT (ECF No. 64). Having reviewed the plaintiff's motion and the defendant's response thereto, and it appearing to the Court that there is good cause to grant plaintiff's motion, it is hereby ORDERED that the Plaintiff's motion is GRANTED.

Plaintiff shall file and serve his Statement of Additional Claims upon entry of this Order.

Defendant, Jesselyn Radack, shall file her answer to Plaintiff's Statement of Additional Claims within 14 days of the entry of this Order.

It is so ORDERED.

_____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date:   March ___, 2020