UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| TREVOR FITZGIBBON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:19-cv-477-REP |
| vs. | ) | |
| | ) | |
| JESSELYN A. RADACK, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT JESSELYN RADACK'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

Defendant, Jesselyn A. Radack ("Radack"), by counsel, hereby files her Motion to Strike Plaintiff, Trevor Fitzgibbon's ("Plaintiff" or "Fitzgibbon") Motion for Entry of Protective Order. In support thereof, respectfully refers the Court to the accompanying Memorandum in Support.

WHEREFORE, Jesselyn A. Radack respectfully requests that the Court strike Plaintiff's Motion for Entry of Protective Order and for such other and further relief as this Court deems appropriate and just.

Dated: March 11, 2020

Respectfully submitted,

_/s/ D. Margeaux Thomas_
D. Margeaux Thomas (VSB #75582)
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
Telephone: 703.957.2577
Facsimile: 703.957.2578
Email: mthomas@thomaslawplc.com
*Counsel for Defendant Jesselyn A. Radack*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, a copy of the foregoing document was filed with

the Court electronically.  Notice of this filing will be sent automatically by the Court's CM/ECF

system to the following parties:

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
*Counsel for Plaintiff*

/s/  D. Margeaux Thomas_____
D. Margeaux Thomas (VSB #75582)