UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JESSELYN A. RADACK, )<br>)<br>Defendant. ) | Civil Action No. 3:19-cv-477-REP |

**PROPOSED ORDER ON MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

This matter came before the Court on Defendant, Jesselyn A. Radack MOTION TO STRIKE (ECF No. 69) Plaintiff Trevor Fitzgibbon's MOTION FOR ENTRY OF PROTECTIVE ORDER (ECF No. 66).

It appearing to the Court that good cause exists to grant Defendant's request to strike, it is hereby ORDERED that Defendant's MOTION TO STRIKE (ECF No. 69) is GRANTED and that Plaintiff's Motion FOR ENTRY OF PROTECTIVE ORDER (ECF No. 66) is STRICKEN from the active docket of this court.

ENTERED this ___ day of _____, 2020.

_____
Hon. Robert E. Payne
Senior United States District Judge