IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON,

    Plaintiff,

v.                                  Civil Action No. 3:19cv477

JESSELYN A. RADACK,

    Defendant.

### ORDER

Having considered Paragraph (2) of General Order No. 2020 - 03 entered on March 16, 2020, it is hereby ORDERED that the filing deadlines with respect to the plaintiff's MOTION FOR ENTRY OF A PROTECTIVE ORDER (ECF No. 66) remain in accord with Local Rule 7(F).

Further, having reviewed DEFENDANT JESSELYN RADACK'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER (ECF No. 69) and the supporting memorandum (ECF No. 70), it is hereby ORDERED that the Court construes those filings as Defendant's Opposition to MOTION FOR ENTRY OF A PROTECTIVE ORDER (ECF No. 66).

It is so ORDERED.

                              /s/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: March 17, 2020