**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **TREVOR FITZGIBBON,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| **vs.** | ) | **Civil Action No. 3:19-cv-477-REP** |
| | ) | |
| | ) | |
| **JESSELYN A. RADACK,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |
| | ) | |
| | ) | |
| | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Jesselyn A. Radack ("Radack"), by counsel, with the consent of Defendant Trevor Fitzgibbon ("Fitzgibbon") and files this Consent Motion for Extension of Time, to and including May 1, 2020, within which to file her Fed. R. Civ. P. 26(a)(2) disclosures, and in support thereof, states as follows:

1.     Pursuant Local Civil Rule 26(D)(2) and General Order No. 2020-07, Radack's expert disclosures are due on April 22, 2020.

2.     Due to disruptions caused by COVID-19 undersigned counsel requests that Radack's expert disclosure deadline be extended to and including May 1, 2020.  This extension will allow sufficient time for Radack's experts to complete their reports.

3.     Counsel for Fitzgibbon has indicated his consent to the requested extension of time.

WHEREFORE, Defendant Jesselyn A. Radack, requests this Court enter an order extending the time up to and including May 1, 2020, within which she can submit her disclosures required by Fed. R. Civ. P. 26(a)(2).

Dated: April 6, 2020

Respectfully submitted,


   /s/ D. Margeaux Thomas
D. Margeaux Thomas (VSB #75582)
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
Telephone: 703.957.2577
Facsimile: 703.957.2578
Email: mthomas@thomaslawplc.com
*Counsel for Defendant Jesselyn A. Radack*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, a copy of the foregoing document was filed with

the Court electronically.  Notice of this filing will be sent automatically by the Court's CM/ECF

system to the following parties:

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
*Counsel for Plaintiff*


                                              /s/  D. Margeaux Thomas
                                              D. Margeaux Thomas (VSB #75582)