UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON,<br><br>           PLAINTIFF<br>    vs.<br><br>JESSELYN A. RADACK,<br><br>           DEFENDANT | Civil Action No. 3:19-cv-477-REP |

**[PROPOSED] ORDER CONSENT MOTION FOR EXTENSION OF TIME TO FILE RULE 26(a)(2) DISCLOSURES**

This matter came to be heard on a motion by Defendant Jesselyn A. Radack for an extension of time within which to file her Fed. R. Civ. P. 26(a)(2) disclosures. It appearing to the Court that good cause exists to grant Defendant's request for an extension of time, it is hereby ORDERED that Defendant's Motion for Extension of Time is GRANTED and that Defendant shall have until May 1, 2020, to file her Fed. R. Civ. P. 26(a)(2) disclosures.

IT IS SO ORDERED.

Entered this _____ day of April, 2020.

_____
Hon. Robert E. Payne
Senior United States District Judge