IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON,

    Plaintiff,

v.                                Civil Action No. 3:19cv477

JESSELYN A. RADACK,

    Defendant.

**ORDER**

Having considered the CONSENT MOTION FOR EXTENSION OF TIME (ECF No. 74), and for good cause shown, and there being no objection by the plaintiff, it is hereby ORDERED that the CONSENT MOTION FOR EXTENSION OF TIME (ECF No. 74) is granted. It is further ORDERED that the defendant shall serve, by May 1, 2020, the expert disclosures required by Fed. R. Civ. P. 26(a)(2).

    It is so ORDERED.

                                    /s/
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: April 7, 2020