UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 3:19-cv-477-REP |
| JESSELYN A. RADACK, | ) |
| Defendant. | ) |

## MOTION TO STAY DISCOVERY

COMES NOW Defendant Jesselyn A. Radack ("Radack"), by counsel, and files this Motion to Stay Discovery in this matter until June 10, 2020, or until resolution of the COVID-19 ("Coronavirus") issues. In support thereof, respectfully refers the Court to the accompanying Memorandum in Support.

WHEREFORE, Defendant Jesselyn A. Radack, respectfully requests this Court stay all discovery until June 10, 2020, or until resolution of the COVID-19 issues and such other and further relief as the Court deems proper.

Dated: April 21, 2020

                                        Respectfully submitted,

                                        <u>  /s/ D. Margeaux Thomas               </u>
                                        D. Margeaux Thomas (VSB #75582)
                                        The Thomas Law Office PLC
                                        11130 Fairfax Blvd., Suite 200-G
                                        Fairfax, VA 22030
                                        Telephone: 703.957.2577
                                        Facsimile: 703.957.2578
                                        Email: mthomas@thomaslawplc.com
                                        *Counsel for Defendant Jesselyn A. Radack*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2020, a copy of the foregoing document was filed with the Court electronically. Notice of this filing will be sent automatically by the Court's CM/ECF system to the following parties:

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
*Counsel for Plaintiff*

      /s/ D. Margeaux Thomas
      D. Margeaux Thomas (VSB #75582)