UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JESSELYN A. RADACK, )<br>)<br>Defendant. ) | Civil Action No. 3:19-cv-477-REP |

**[PROPOSED] ORDER**

This matter came to be heard on a motion by Defendant Jesselyn A. Radack for an order staying all discovery in this matter. It appearing to the Court that good cause exists to grant Defendant's request to stay, it is hereby ORDERED that Defendant's motion to stay discovery in this matter until June 10, 2020, or until resolution of the COVID-19 ("Coronavirus") issues, is GRANTED.

IT IS SO ORDERED.


Entered this _____ day of April, 2020.


_____
Hon. Robert E. Payne
Senior United States District Judge