IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON,

    Plaintiff,

v.                                      Civil Action No. 3:19cv477

JESSELYN A. RADACK,

    Defendant.

**ORDER**

Having considered the MOTION FOR ENTRY OF A PROTECTIVE ORDER (ECF No. 66) filed by Trevor Fitzgibbon, the plaintiff herein, and having considered the proposed PROTECTIVE ORDER (ECF No. 66-1), the supporting memorandum (ECF No. 67), the opposing memorandum (ECF No. 70), and the reply (ECF No. 73), it is hereby ORDERED that, for good cause shown, the plaintiff's MOTION FOR ENTRY OF A PROTECTIVE ORDER (ECF No. 66) is granted and the Court shall enter the proposed PROTECTIVE ORDER (ECF No. 66-1) as requested.

    It is so ORDERED.

                                              /s/      REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: April 30, 2020