IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON,

    Plaintiff,

v.                                       Civil Action No. 3:19cv477

JESSELYN A. RADACK,

    Defendant.

### ORDER

Having considered the MOTION TO SUPPLEMENT SECOND AMENDED COMPLAINT (ECF No. 64), the supporting memorandum (ECF No. 65), the opposing memorandum (ECF No. 68), and the reply (ECF No. 71), and finding good cause so to do, it is hereby ORDERED that the MOTION TO SUPPLEMENT SECOND AMENDED COMPLAINT (ECF No. 64) is granted. However, for purposes of ease and consideration of the claims going forward, it is further ORDERED that the plaintiff shall file by, May 18, 2020, a Third Amended Complaint and shall incorporate therein all matters asserted in the proffered supplement (ECF No. 64-1); and the defendant shall file, by May 29, 2020, an Answer and any other motions with respect to the Third Amended Complaint.

It is so ORDERED.

                                          /s/
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: May 1, 2020