```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF VIRGINIA
                   Richmond Division
```

TREVOR FITZGIBBON

    Plaintiff,

v.                                          Civil Action No. 3:19cv477

JESSELYN A. RADACK,

    Defendant.

**ORDER**

For the reasons set forth on the record during the May 4th, 2020 conference call, it is hereby ORDERED that Defendant's MOTION TO STAY DISCOVERY (ECF No. 76) is granted to the extent outlined below.  It is further ordered that:

(1)  the Final Pretrial Conference scheduled for June 29th, 2020 at 10:00 a.m. is continued to July 13, 2020 at 10:00 a.m.; and

(2) the Trial scheduled for July 13, 2020 at 9:30 a.m. is continued to July 20, 2020 at 9:30 a.m.

It is so ORDERED.

                                              /s/                
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: May  5 , 2020