IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON

    Plaintiff,

v.                                          Civil Action No. 3:19cv477

JESSELYN A. RADACK,

    Defendant.

**ORDER**

Having been informed that shortly after the name of the whistleblower, who was protected by the terms of the PROTECTIVE ORDER (ECF No. 79), was disclosed, Defendant Jesselyn Radack ("Radack") contacted the protected witness, it is hereby ORDERED that Radack shall make no further communications with the witness. All communications with the protected witness will be made through counsel for the parties.

    It is so ORDERED.

                                            /s/
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: May 5, 2020