IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON                )
                                 )
          Plaintiff,             )
                                 )
v.                               )          Case No. 3:19-cv-477-REP
                                 )
                                 )
JESSELYN A. RADACK               )
                                 )
          Defendant.             )
_____)

# DECLARATION OF TREVOR FITZGIBBON

Trevor Fitzgibbon states and deposes as follows, under penalty of perjury:

1.      I am over 21 years of age and otherwise competent to make this Declaration.  I have personal knowledge of the statements contained herein based upon (a) documents and information in my possession and control, (b) my personal observations, memory, and experiences, (c) public information and statements by Defendant, Jesselyn Radack ("Radack"), on the Internet and on Twitter, and (d) documents known or reasonably believed to be in the possession, custody and control of others.  The statements in this Declaration are true and accurate to the best of my knowledge, information and belief.

2.      I am the Plaintiff in this action.  I authorized my counsel to file this action. I affirm that the facts alleged in my third amended complaint [filed as *ECF No. 87* in this case] are truthful and accurate to the best of my knowledge and belief.  All the hyperlinks in my third amended complaint are active as of May 28, 2020.

1

3.      On April 13, 2018, I commenced an action against Radack in the United States District Court for the Eastern District of Virginia (Case 3:18-cv-247-REP) (the "Original Radack Action).  In my second amended complaint filed in the Original Radack Action [Document 60], I alleged claims of malicious prosecution, defamation, insulting words, abuse of process, and conspiracy.  I sought money damages.

4.      On April 9, 2019, Radack and I signed a settlement agreement ("Agreement") in which we resolved all claims, counterclaims and disputes between us, including those stated in the Original Radack Action.  A true and complete copy of the Agreement is attached to my Declaration as *Exhibit "A"*.  The Agreement is governed by Virginia law.   Radack delivered the settlement checks to Virginia and made the representations that induced the settlement in Virginia.   I was induced by Radack's representations to enter into the Agreement.

5.      Paragraph 4 of the settlement agreement contains the following material terms and conditions:

> a.      The Parties each covenant and agree that they will not tweet, retweet, reply, like or otherwise post anything on Twitter, Facebook, YouTube or any other social media platform, or any other print or media outlet, that mentions the other or that is of and concerning the other.  For purposes of this Agreement, a statement is "of and concerning" a Party if the publication was intended to refer to him/her and would be so understood by persons reading it who knew him/her or if the publication was in its description or identification such as to lead those who knew or knew of the Party to believe that the statement was intended to refer to him/her.

> b.      The Parties covenant and agree that they will not direct, request, encourage, entice, procure or otherwise cause any third party, including but not limited to any friends, colleagues, or clients of the other, to tweet, retweet, reply, like or otherwise post anything on Twitter, Facebook, YouTube, any other social media platform, or any print or media outlet, that mentions the other or that is of and concerning the other.

> c. In addition to the mutual affirmative covenants in paragraphs 4(a) and 4(b) above, each Party covenants and agrees that they will refrain from publishing, making, printing or communicating, electronically, orally, in writing, or in any other manner, to any third party (excluding family members) or to the print or broadcast media, within social media of any nature, or on the Internet, any disparaging comments or words that would cause or contribute to such Party being held in disrepute by the public.
>
> d. For purposes of this Agreement, "disparaging" means defamatory, derogatory, deprecating, detracting, and/or pejorative. Nothing herein is intended to restrain or otherwise prohibit disclosures, communications, statements, or comments compelled pursuant to lawful order or process of a judicial, administrative, civil or criminal authority or proceeding.

6. Paragraph 4(e) of the settlement agreement provides that:

> e. The Parties acknowledge and agree that a material breach of the provisions of this paragraph 4 would result in significant damage to the non-breaching Party. The Parties hereby acknowledge and agree that the amount of damages in the event of a material breach of the provisions of this paragraph 4 would be difficult or impossible to determine and that the amount $1,000 for each tweet, retweet, reply, like, post or comment that violates paragraphs 4(a), 4(b)( or 4(c) is the best and most accurate estimate of the damages the non-breaching Party would suffer in the event of a material breach of this paragraph 4, that such estimate is reasonable under the circumstances existing as of the date of this Agreement and under the circumstances that the Parties reasonably anticipate would exist at the time of such material breach and that the breaching Party agrees to pay the non-breaching Party that amount as liquidated damages, and not as a penalty, if the non-breaching Party asserts, and a court of competent jurisdiction confirms, such a material breach. The burden of proof in any action alleging a breach of this paragraph 4 shall be proof by clear and convincing evidence.

7. Paragraph 12 of the settlement agreement provides that:

> 12. <u>Confidentiality</u>. The Parties agree that they will not disclose the terms and conditions of this Agreement to any person or entity, directly or indirectly. The Parties agree that they will jointly request, and/or jointly cooperate in requesting, that the approval of these settlement terms remain confidential and that the explicit terms of this settlement remain under seal. Nothing herein is intended to restrain or otherwise prohibit disclosures, communications, or comments (i) to the Parties' attorneys, officers and directors, tax advisors, financial advisors, bankers, and spouses, or (ii) compelled pursuant to lawful order or process of a judicial, administrative, civil or criminal authority or proceeding, or (iii) as required or necessary to enforce this Agreement.

8. Paragraph 19 of the settlement agreement states that:

> 19.   <u>Enforcement of Agreement; Attorneys' Fees</u>.   If any suit or action is filed by any
> Party to enforce any of the terms of this Agreement, the prevailing Party in such suit or action shall
> be entitled to recover all of their costs, expenses and attorney's fees incurred in connection with such
> suit, including, without limitation, all costs, expenses and attorney's fees incurred on any appeal,
> from the non-prevailing Party.

9.      The settlement agreement is a valid and enforceable contract.

10.      After April 9, 2019, Radack (a) tweeted, retweeted, replied to, liked or otherwise posting statements on Twitter that mentioned me or that were of and concerning me, (b) directed, requested, encouraged, enticed, procured or otherwise caused third parties, including, but not limited to, her followers, friends, and colleagues, to tweet, retweet, reply, like or otherwise post statements on Twitter that mentioned me or that were of and concerning me, (c) published, made, printed or communicated to third parties (who were not family members) disparaging comments or words that would cause or contribute to me being held in disrepute by the public, and/or (d) disclosed the terms and conditions of the settlement agreement to unauthorized persons, including Raymond Johansen and the user of the Twitter account @jimmysllama.

11.      Between April 9, 2019 and the present, I took screenshots of tweets, retweets, replies, and likes that Radack published or otherwise posted on Twitter.  I also received copies of direct messages from an attorney in Florida named Eric Morgan.  The tweets, retweets, replies, likes and direct messages identified in this Declaration are true and complete copies of the originals.  They have not been altered in any way.

12.      After April 9, 2019, Radack published the following tweets, retweets, replies, likes, and direct messages that mention me or that are of and concerning me:

12(a)



12(b)



12(c)



**unRADACKted** @JesselynRadack · 19h

Please unfollow me if you also follow @Millenial1706, bc you unwittingly become a conduit for this kind of abuse:

> **#FreeAssange** ⏳ @... · 5/18/19
>
> fuck all of you but first of all fuck you @jesselynradack
>
> 💬 3    ⟲ 1    ♡ 8    ⬆️

💬 11    ⟲ 8    ♡ 18    ⬆️

**Randy Credico** @Credico2016 · 17h

Wtf?

💬 3    ⟲    ♡ 1    ⬆️

**@Kaidinn was suspended. Unity4J destroyer.**
@vcruytldczsdfa

Replying to @Credico2016 @JesselynRadack and @Millenial1706

Yes Randy it's by the "movement" unity4j who are working for serial rapist Fitzgibbon to harass Jesselyn into silence what he did to her.  This is being spearheaded by Fitzgibbon, his girlfriend Diani, and unity4j's Suzie/Elizabeth/Caitlin/others.

8:31 PM · May 25, 2019 · TweetDeck

💬    ⟲    ♡    ⬆️

**unRADACKted** @JesselynRadack · 2h
Replying to @vcruytldczsdfa @Credico2016 and @Millenial1706
Exactly.

12(d)



12(e)



12(f)



As part of Settlement, to end YEARS of stalking, I withdrew (not retracted) my allegations bc Trump financierEd Butowsky has been underwriting TF's retaliatory actions against multiple victims,

The Disturbing Story Of Widespread Sexual Assault Al...



huffpost.com

10:39 AM

12(g)



Referred me twice (unsuccessfully) to the Bar. Has sued me, threatened my CLIENTS with litigation, bad-mouthed me to my colleagues, threatened my FAMILY, and the list just goes on and on. Even when these actions get dismissed, it still costs a fortune in time, money, energy, and resources to defend.

2:11 PM

12(h)



I appreciate the effort at an olive branch, but I'm confident in my friendship with Julian and have no desire to make nice with the person who violated me & has been terrorizing me for years. And who was really only a bit player in WL.

10:26 PM

I'm a lawyer in FL with minimal knowledge of of the intricacies of this dispute . But when you say "violated" what do you mean? Is that a sexual allegation?

10:30 PM ✓

Yes.

10:30 PM

12(i)



No. You need to tell me personally. You have asked me personally to trust you. I recognize your skills as a federal Defence lawyer

Don't refer me to the corrupt mass media

10:37 PM ✓

I don't know you and do not want to discuss the worst, most violent & traumatic event in my life with you or anyone. I appreciate your concern.

10:43 PM

That's fair

10:55 PM ✓

But as a lawyer . We can't act on innuendo . Where geo-political issues are at stake.

10:56 PM ✓

12(j)

 **unR̶A̶D̶A̶C̶K̶ted**
@JesselynRadack

When I got a TPO to protect me & my fam, the judge complained to a room of frightened women abt having DV duty that day.



An Epidemic of Violence We Never Discuss
Rachel Louise Snyder's "No Visible Bruises" recounts the horror of domestic violence in all its forms and argues for a more systematic approach to this …
🔗 nytimes.com

2:59 PM · Jun 9, 2019 · Twitter for iPhone

12(k)



12(l)



**Carrie A. Goldberg** ✔ @cagoldberglaw · 3h

We updated the Power and Control Wheel for the digital age!!!  All traditional elements of intimate partner violence are manifested in tech -- fear, economic abuse, isolation, minimizing & denying, using children, emotional abuse, coercion & threats.

💬 4          🔁 24          ♡ 43          ⬆️

**un~~RADACK~~ted**
@JesselynRadack

Replying to @cagoldberglaw

Can I put his picture in the middle and throw darts at it? Because he fits every element on this wheel.

12:34 PM · Jun 13, 2019 · Twitter for iPhone

14

12(m)



12(n)

 **unRADACKted**
@JesselynRadack

I've been the victim of deepfakes—doctored vids, texts, images, etc—weaponized against me by a serial predator. Need to be criminalized.
huffpost.com/entry/deepfake… #



Here's What It's Like To See Yourself In A Deepfake Porn Video
There's almost nothing you can do to get a fake sex tape of yourself taken offline.
🔗 huffpost.com

11:29 AM · Jun 23, 2019 · Twitter for iPhone

12(o)



12(p)



12(q)



**Stuart Blaugrund** @StuartBlaugrund · 1h

Makes me wonder whether @laralogan and/or Trevor Fitzgibbon will be deposed in connection with Aaron Rich's defamation lawsuit against @realmattcouch and others.

Brother of slain DNC staffer Seth Rich sues right-wing activists, newsp...

Seth Rich's brother has sued the Washington Times and right-wing activists for peddling conspiracy about the slain DNC staffer's murder.

🔗 washingtonpost.com

💬 1        🔁        ♡ 1        ⬆️



**un~~RADACK~~ted**
@JesselynRadack

Replying to @StuartBlaugrund @lGiant10 and 5 others

## They both should be defendants.

1:42 PM · Jun 26, 2019 · Twitter for iPhone

12(r)

 **unR̶A̶D̶A̶C̶K̶ted**
@JesselynRadack

Replying to @kittyhundal and @AnnieDarkhorse

8 ppl in this @Unity4J ad attacked me...but "only in their individual capacities." That argument's been rejected by every major legal system.



10:29 AM · Jul 28, 2019 · Twitter for iPhone

12(s)

 **unR̶A̶D̶A̶C̶K̶ted**
@JesselynRadack ⌄

Hint to trolls:
• don't use alts w your kids pic
• don't use alts w your initials
• don't use alts named aft your fave '80s rock band
• don't wrap yourself in a @wikileaks cape aft #Assange disavowed you
• don't use alts to stalk women
• don't f*ck w/ the crypt-literate


12:41 PM · Aug 5, 2019 · Twitter for iPhone

12(t)

 **unR̶A̶D̶A̶C̶K̶ted**
@JesselynRadack ⌄

Replying to @Vice16176094 @GiveBackTheAcct and 7 others

That is false. As a survivor and victim advocate, I would never engage in or endorse stalking. Cease and desist with this defamation.

12:26 PM · Sep 3, 2019 · Twitter for iPhone

12(u)



**Llama** @jimmysllama · Dec 24, 2019

Just to be clear, #Unity4J Trevor Fitzgibbon didn't just subpoena the Twitter DMs of myself, journalists, whistleblowers, @RayJoha2 and @YourAnonNews in a battle to destroy whistleblower attorney @JesselynRadack and her family - he's trying to dox all of us through lawfare.

**Load images**

143 KB

💬 2          🔁 9          ♡ 11          ⬆️

**Devin Nunes lawyer subpoenad @Kaidinn's 4 accounts**
@WhoPaysBiss

Replying to @jimmysllama @RayJoha2 and 2 others

1/  There are others also dragged into this that doesn't fit under journalist or whistle-blowers such as myself, @UptheCypherPunx, @NoxFemme, and others.  Typical from u when trying to ride coattails.  What are u complaining about anyway I'm sure you were told prior unlike me.

8:22 PM · Dec 27, 2019 · Twitter Web App



12(v)



12(w)



**unR̶A̶D̶A̶C̶K̶ted**
@JesselynRadack                                           ⌄

Replying to @StBridgetAthena @RVAwonk and @AdamParkhomenko

A few Biss suits f/ this year:
Fitzgibbon v @JesselynRadack
Nunes v @RyanLizza
Butowsky v. @davidfolkenflik
Nunes v @mcclatchy
Patel v @Politico
Nunes v. @Twitter & @DevinCow
Robert David Steele v Goodman
#DetectingSomePatternsHere..

6:22 PM · Jan 8, 2020 · Twitter for iPhone

12(x)

**From:** jesselyn radack <jar3rad@gmail.com>
**Date:** January 8, 2020 at 12:08:01 PM EST
**To:** volokh@law.ucla.edu
**Subject: Answer & Counterclaim to 2nd Amended Complaint in Fitzgibbon v. Radack**

Dear Professor Volokh,

You have written a few times about my Settlement Agreement in your blog, which I discuss in my counter-claim below. (You also taught at Yale Law School when I was there!)

      —Jesselyn Radack

12(y)

**From:** jesselyn radack <jar3rad@gmail.com>

   **Date:** January 8, 2020 at 2:28:51 PM EST
   **To:** Raymond Johansen <Raymond.Johansen@hacktivistculture.com>, Bailey Lamon
   <bailey.lamon@protonmail.ch>
   **Subject: My counterclaim against TF**

12(z)



12(aa)



**Llama**
@jimmysllama

Replying to @i1lusiveman

Of course. I'm curious though whose side I'll be testifying for, Trevor or Radack's? I seem to be accused of conspiring with both. Any insight?

8:45 AM · Jan 13, 2020 · Twitter Web App



**Liked by**

**unR̶A̶D̶A̶C̶K̶ted**   `Follow`
@JesselynRadack

Whistleblower & human rts maven, Snowden's lawyer, mom of 3, Jew(ish), yogi, alum of @BrownUniversity, @YaleLawSch & @TheJusticeDept Tweets=opinion & RT≠endorse

12(bb)

 **unR̶A̶D̶A̶C̶Kted**
@JesselynRadack

Devin Nunes' Attorney is Suing Me — and I need help paying to defend myself.



Devin Nunes' Attorney is Suing Me organized by Jesselyn Radack
I'm being sued by the same lawyer suing the @DevinCow parody Twitter account. https:… Jesselyn Radack needs your support for Devin Nunes' …
🔗 gofundme.com

1:21 PM · Feb 27, 2020 · Twitter for iPhone

Jesselyn Radack
Washington, DC

In addition to filing lawsuits against a famous cartoon cow on Twitter, Devin Nunes' "lawyer" is also suing prominent whistleblower attorney Jesselyn Radack for the fourth time: https://www.mcclatchydc.com/news/politics-government/

more

13.     In addition to the above tweets, retweets, replies, liked, posts, and direct messages, Radack has, upon information and belief, sent many more direct messages and encrypted messages and emails to Johansen, @jimmysllama, @Kaidinn, and to others that mention me, that are of and concerning me, and/or that disparage me.  Radack refuses to disclose these documents, which are in her exclusive possession and control.

14.     On June 28, 2019, I filed this action to enforce the terms of the Agreement.  I engaged legal counsel at his regular and customary rate of $400 per hour.  I have suffered liquidated damages as a result of Radack's breach of the settlement agreement in the sum of $28,000.00.  I have incurred substantial attorney's fees (in a sum

to be shown by a separate Declaration of my counsel), which are ongoing and which I am obligated to pay.  I have paid $400 in court costs to date.

15.    I make this Declaration in support of my Motion for Partial Summary Judgment.

Further the affiant saith not.

In accordance with 28 U.S.C. § 1746, I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Executed in Mooresville, North Carolina, on May 28, 2020.



TREVOR FITZGIBBON