IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON        )
                              )
      Plaintiff,           )
                              )
v.                            )       Case No. 3:19-cv-477-REP
                              )
                              )
JESSELYN A. RADACK      )
                              )
      Defendant.       )
                              )

# MEMORANDUM IN SUPPORT
# OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, Trevor Fitzgibbon ("Plaintiff" or "Fitzgibbon"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rules 7 and 56, respectfully submits this Memorandum in Support of his Motion for Summary Judgment.

## I.  LISTING OF UNDISPUTED FACTS

In accordance with Local Rule 56(B), Plaintiff contends that there is no genuine issue as to the following material facts:

1.      On April 13, 2018, Fitzgibbon commenced an action against Radack in the United States District Court for the Eastern District of Virginia (Case 3:18-cv-247-REP) (the "Original Radack Action). In a second amended complaint filed in the Original Radack Action [Document 60], Fitzgibbon alleged claims of malicious prosecution, defamation, insulting words, abuse of process, and conspiracy. He sought money damages. [*Declaration of Trevor Fitzgibbon ("Fitzgibbon Dec."), ¶¶ 2-3*].

2.      On April 9, 2019, Fitzgibbon and Radack signed a settlement agreement ("Agreement") in which they resolved all claims, counterclaims and disputes between us, including those stated in the Original Radack Action.  The Agreement is governed by Virginia law. [*Fitzgibbon Dec., ¶ 4*].

3.      Paragraph 4 of the settlement agreement contains the following material terms and conditions:

> a.      The Parties each covenant and agree that they will not tweet, retweet, reply, like or otherwise post anything on Twitter, Facebook, YouTube or any other social media platform, or any other print or media outlet, that mentions the other or that is of and concerning the other.  For purposes of this Agreement, a statement is "of and concerning" a Party if the publication was intended to refer to him/her and would be so understood by persons reading it who knew him/her or if the publication was in its description or identification such as to lead those who knew or knew of the Party to believe that the statement was intended to refer to him/her.

> b.      The Parties covenant and agree that they will not direct, request, encourage, entice, procure or otherwise cause any third party, including but not limited to any friends, colleagues, or clients of the other, to tweet, retweet, reply, like or otherwise post anything on Twitter, Facebook, YouTube, any other social media platform, or any print or media outlet, that mentions the other or that is of and concerning the other.

> c.      In addition to the mutual affirmative covenants in paragraphs 4(a) and 4(b) above, each Party covenants and agrees that they will refrain from publishing, making, printing or communicating, electronically, orally, in writing, or in any other manner, to any third party (excluding family members) or to the print or broadcast media, within social media of any nature, or on the Internet, any disparaging comments or words that would cause or contribute to such Party being held in disrepute by the public.

> d.      For purposes of this Agreement, "disparaging" means defamatory, derogatory, deprecating, detracting, and/or pejorative.  Nothing herein is intended to restrain or otherwise prohibit disclosures, communications, statements, or comments compelled pursuant to lawful order or process of a judicial, administrative, civil or criminal authority or proceeding.

Paragraph 4(e) of the settlement agreement provides that:

> e.     The Parties acknowledge and agree that a material breach of the provisions of this paragraph 4 would result in significant damage to the non-breaching Party.  The Parties hereby acknowledge and agree that the amount of damages in the event of a material breach of the provisions of this paragraph 4 would be difficult or impossible to determine and that the amount $1,000 for each tweet, retweet, reply, like, post or comment that violates paragraphs 4(a), 4(b)( or 4(c) is the best and most accurate estimate of the damages the non-breaching Party would suffer in the event of a material breach of this paragraph 4, that such estimate is reasonable under the circumstances existing as of the date of this Agreement and under the circumstances that the Parties reasonably anticipate would exist at the time of such material breach and that the breaching Party agrees to pay the non-breaching Party that amount as liquidated damages, and not as a penalty, if the non-breaching Party asserts, and a court of competent jurisdiction confirms, such a material breach. The burden of proof in any action alleging a breach of this paragraph 4 shall be proof by clear and convincing evidence.

Paragraph 19 of the settlement agreement states that:

> 19.     Enforcement of Agreement; Attorneys' Fees.   If any suit or action is filed by any Party to enforce any of the terms of this Agreement, the prevailing Party in such suit or action shall be entitled to recover all of their costs, expenses and attorney's fees incurred in connection with such suit, including, without limitation, all costs, expenses and attorney's fees incurred on any appeal, from the non-prevailing Party.

[*Fitzgibbon Dec., ¶¶ 5-8*].

4.     The settlement agreement is a valid and enforceable contract. [*Fitzgibbon Dec., ¶ 9*].

5.     After April 9, 2019, Radack published the following tweets, retweets, replies, likes, and direct messages:

5(a)



5(b)



5(c)



**unRADACKted** @JesselynRadack · 19h

Please unfollow me if you also follow @Millenial1706, bc you unwittingly become a conduit for this kind of abuse:

> **#FreeAssange** ⏳ @... ·5/18/19
>
> fuck all of you but first of all fuck you @jesselynradack
>
> 💬 3    🔁 1    ♡ 8    ↥

💬 11    🔁 8    ♡ 18    ↥

**Randy Credico** @Credico2016 · 17h
Wtf?

💬 3    🔁    ♡ 1    ↥

**@Kaidinn was suspended. Unity4J destroyer.** @vcruytldczsdfa

Replying to @Credico2016 @JesselynRadack and @Millenial1706

Yes Randy it's by the "movement" unity4j who are working for serial rapist Fitzgibbon to harass Jesselyn into silence what he did to her.  This is being spearheaded by Fitzgibbon, his girlfriend Diani, and unity4j's Suzie/Elizabeth/Caitlin/others.

8:31 PM · May 25, 2019 · TweetDeck

💬    🔁    ♡    ↥

**unRADACKted** @JesselynRadack · 2h
Replying to @vcruytldczsdfa @Credico2016 and @Millenial1706
Exactly.

5(d)



5(e)



5(f)

As part of Settlement, to end YEARS of stalking, I withdrew (not retracted) my allegations bc Trump financierEd Butowsky has been underwriting TF's retaliatory actions against multiple victims,



The Disturbing Story Of Widespread Sexual Assault Al...

huffpost.com



10:39 AM

5(g)



Referred me twice (unsuccessfully) to the Bar. Has sued me, threatened my CLIENTS with litigation, bad-mouthed me to my colleagues, threatened my FAMILY, and the list just goes on and on. Even when these actions get dismissed, it still costs a fortune in time, money, energy, and resources to defend.

2:11 PM

5(h)



I appreciate the effort at an olive branch, but I'm confident in my friendship with Julian and have no desire to make nice with the person who violated me & has been terrorizing me for years. And who was really only a bit player in WL.

10:26 PM

I'm a lawyer in FL with minimal knowledge of of the intricacies of this dispute . But when you say "violated" what do you mean? Is that a sexual allegation?

10:30 PM ✓



Yes.

10:30 PM

5(i)

> No. You need to tell me personally. You have asked me personally to trust you. I recognize your skills as a federal Defence lawyer

> Don't refer me to the corrupt mass media

10:37 PM ✓

I don't know you and do not want to discuss the worst, most violent & traumatic event in my life with you or anyone. I appreciate your concern.

10:43 PM

> That's fair

10:55 PM ✓

> But as a lawyer . We can't act on innuendo . Where geo-political issues are at stake.

10:56 PM ✓

5(j)

 **unR̶A̶D̶A̶C̶K̶ted**
@JesselynRadack                                    ⌄

When I got a TPO to protect me & my fam, the judge
complained to a room of frightened women abt having DV
duty that day.



An Epidemic of Violence We Never Discuss
Rachel Louise Snyder's "No Visible Bruises" recounts the horror of domestic
violence in all its forms and argues for a more systematic approach to this ...
🔗 nytimes.com

2:59 PM · Jun 9, 2019 · Twitter for iPhone

5(k)



5(l)



**Carrie A. Goldberg** ✔ @cagoldberglaw · 3h

We updated the Power and Control Wheel for the digital age!!!  All traditional elements of intimate partner violence are manifested in tech -- fear, economic abuse, isolation, minimizing & denying, using children, emotional abuse, coercion & threats.

💬 4        🔁 24        ♡ 43        ⬆

**un~~RADACK~~ted**
@JesselynRadack

Replying to @cagoldberglaw

Can I put his picture in the middle and throw darts at it? Because he fits every element on this wheel.

12:34 PM · Jun 13, 2019 · Twitter for iPhone

5(m)



**Llama #FreeAssange** @jimmysllama · 3h

> **Suzie Dawson** @Suzi3D · Apr 28
>
> Yes, @**ElizabethleaVos** broke major story after major story re #**Russiagate** incl Mifsud & gets nowhere near the level of credit she should for it from mostly male peers
>
> Spread some love for the ladies please? @MaxBlumenthal @aaronjmate @mtaibbi @ggreenwald
>
> > **Prefer Anonymous33** @PAnonymous33
> > Replying to @ElizabethleaVos @Suzi3D
> > So Elizabeth Vos was not only one of the first journalists to discover Mifsud's Western Intel Connections, she was also one of the first to show how Forensicator's work lines up with Assange's claims. Her Russiagate work is second to none at this point.

💬 2        ⟳        ♡ 1        ⬆

**unR̶A̶D̶A̶C̶K̶ted**
@JesselynRadack

Replying to @jimmysllama

@ElizabethleaVos, a millennial who lives in her mom's basement in Arkansas, is an eager stenographer for a predator and a deranged Julian groupie.

11:05 AM · Jun 15, 2019 · Twitter for iPhone

14

5(n)

 **unRADACKted**
@JesselynRadack

I've been the victim of deepfakes—doctored vids, texts, images, etc—weaponized against me by a serial predator. Need to be criminalized.
huffpost.com/entry/deepfake… #



Here's What It's Like To See Yourself In A Deepfake Porn Video
There's almost nothing you can do to get a fake sex tape of yourself taken offline.
🔗 huffpost.com

11:29 AM · Jun 23, 2019 · Twitter for iPhone

5(o)



5(p)



Angelo Carusone ✔ @GoAngelo · Jun 3, 2018

Sinclair's @SharylAttkisson did a full segment today defending widely recognized sexual harasser Trevor Fitzgibbon, dismissed the reports from *many* women, never once even featured a single statement from the women that came forward. Just defended a sexual harasser.

Show this thread

💬 23      ↻ 106      ♡ 296

General Sands @MilitiaChief · Jun 19

@GoAngelo Julian Assange's PR man Trevor FitzGibbon contacted me recently. @Snowden's lawyer @JesselynRadack says he raped her. I met Sharyl Attkisson at Clinton's #whistleblower summit. I know for a fact @georgesoros funds Snowden, Manning & Assange. My name is General Sands.

← → https://fas.org/sgp/jud/manning/appeal-053116.pdf

USA v. Bradley (Chelsea) Manning: Army Court of Appeals affirms prior findings of guilt   1 /26

UNITED STATES ARMY COURT OF CRIMINAL APPEALS

Before
CAMPANELLA, CELTNIEKS, and HAGLER
Appellate Military Judges

UNITED STATES, Appellee
v.
Private First Class BRADLEY E. MANNING (nka CHELSEA E. MANNING)
United States Army, Appellant

ARMY 20130739

U.S. Army Military District of Washington
Denise R. Lind, Military Judge
Colonel Corey J. Bradley, Staff Judge Advocate (pretrial)
Colonel James R. Agar, II, Staff Judge Advocate (post-trial)

For Appellant: Vincent J. Ward, Esquire (argued); Captain J. David Hammond, JA;

💬      ↻ 2      ♡ 1

unRADACKted
@JesselynRadack

Replying to @MilitiaChief @SharylAttkisson and 3 others

Wrong on 3 counts. 1) He was never #Assange's "PR man," 2) Anyone can be an amicus on a brief, 3) Soros is not funding @Snowden or @xychelsea.

1:01 PM · Jun 26, 2019 · Twitter for iPhone

5(q)

 **Stuart Blaugrund** @StuartBlaugrund · 1h    ⌄

Makes me wonder whether @laralogan and/or Trevor Fitzgibbon will be deposed in connection with Aaron Rich's defamation lawsuit against @realmattcouch and others.



Brother of slain DNC staffer Seth Rich sues right-wing activists, newsp...

Seth Rich's brother has sued the Washington Times and right-wing activists for peddling conspiracy about the slain DNC staffer's murder.

🔗 washingtonpost.com

 1                ♡ 1        

 **un~~RADACK~~ted**    ⌄
@JesselynRadack

Replying to @StuartBlaugrund @lGiant10 and 5 others

## They both should be defendants.

1:42 PM · Jun 26, 2019 · Twitter for iPhone

18

5(r)

 **unR̶A̶D̶A̶C̶K̶ted**
@JesselynRadack

Replying to @kittyhundal and @AnnieDarkhorse

8 ppl in this @Unity4J ad attacked me...but "only in their individual capacities." That argument's been rejected by every major legal system.



10:29 AM · Jul 28, 2019 · Twitter for iPhone

5(s)

 **unRADACKted**
@JesselynRadack

Hint to trolls:
• don't use alts w your kids pic
• don't use alts w your initials
• don't use alts named aft your fave '80s rock band
• don't wrap yourself in a @wikileaks cape aft #Assange disavowed you
• don't use alts to stalk women
• don't f*ck w/ the crypt-literate


12:41 PM · Aug 5, 2019 · Twitter for iPhone

5(t)

 **unRADACKted**
@JesselynRadack

Replying to @Vice16176094 @GiveBackTheAcct and 7 others

That is false. As a survivor and victim advocate, I would never engage in or endorse stalking. Cease and desist with this defamation.

12:26 PM · Sep 3, 2019 · Twitter for iPhone

5(u)



**Llama** @jimmysllama · Dec 24, 2019

Just to be clear, #Unity4J Trevor Fitzgibbon didn't just subpoena the Twitter DMs of myself, journalists, whistleblowers, @RayJoha2 and @YourAnonNews in a battle to destroy whistleblower attorney @JesselynRadack and her family - he's trying to dox all of us through lawfare.

Load images

143 KB

💬 2          ↻ 9          ♡ 11          ⬆

**Devin Nunes lawyer subpoenad @Kaidinn's 4 accounts**
@WhoPaysBiss

Replying to @jimmysllama @RayJoha2 and 2 others

1/  There are others also dragged into this that doesn't fit under journalist or whistle-blowers such as myself, @UptheCypherPunx, @NoxFemme, and others.  Typical from u when trying to ride coattails.  What are u complaining about anyway I'm sure you were told prior unlike me.

8:22 PM · Dec 27, 2019 · Twitter Web App

21



5(v)



5(w)

 **unR̶A̶D̶A̶C̶K̶ted**
@JesselynRadack                                                                    ⌄

Replying to @StBridgetAthena @RVAwonk and @AdamParkhomenko

A few Biss suits f/ this year:
Fitzgibbon v @JesselynRadack
Nunes v @RyanLizza
Butowsky v. @davidfolkenflik
Nunes v @mcclatchy
Patel v @Politico
Nunes v. @Twitter & @DevinCow
Robert David Steele v Goodman
#DetectingSomePatternsHere..

6:22 PM · Jan 8, 2020 · Twitter for iPhone

5(x)

**From:** jesselyn radack <jar3rad@gmail.com>
**Date:** January 8, 2020 at 12:08:01 PM EST
**To:** volokh@law.ucla.edu
**Subject: Answer & Counterclaim to 2nd Amended Complaint in Fitzgibbon v. Radack**

Dear Professor Volokh,

You have written a few times about my Settlement Agreement in your blog, which I discuss in my counter-claim below. (You also taught at Yale Law School when I was there!)


—Jesselyn Radack

5(y)

> **From:** jesselyn radack <jar3rad@gmail.com>
>
> **Date:** January 8, 2020 at 2:28:51 PM EST
> **To:** Raymond Johansen <Raymond.Johansen@hacktivistculture.com>, Bailey Lamon <bailey.lamon@protonmail.ch>
> **Subject: My counterclaim against TF**

5(z)



5(aa)



**Llama**
@jimmysllama

Replying to @i1lusiveman

Of course. I'm curious though whose side I'll be testifying for, Trevor or Radack's? I seem to be accused of conspiring with both. Any insight?

8:45 AM · Jan 13, 2020 · Twitter Web App



**Liked by**

**un~~R A D A C K~~ted**    [Follow]
@JesselynRadack
Whistleblower & human rts maven, Snowden's lawyer, mom of 3, Jew(ish), yogi, alum of @BrownUniversity, @YaleLawSch & @TheJusticeDept
Tweets=opinion & RT≠endorse

5(bb)

 **unR̶A̶D̶A̶C̶K̶ted**
@JesselynRadack

Devin Nunes' Attorney is Suing Me — and I need help paying to defend myself.



Devin Nunes' Attorney is Suing Me organized by Jesselyn Radack
I'm being sued by the same lawyer suing the @DevinCow parody Twitter account. https:... Jesselyn Radack needs your support for Devin Nunes' ...
🔗 gofundme.com

1:21 PM · Feb 27, 2020 · Twitter for iPhone

[*Fitzgibbon Dec., ¶ 12*; *Declaration of Eric Morgan ("Morgan Dec."), ¶¶ 7, 10, 11, 14, 15*].

6.     In addition to the above tweets, retweets, replies, liked, posts, and direct messages, Radack has, upon information and belief, sent many more direct messages and encrypted messages and emails to Johansen, @jimmysllama, @Kaidinn, and to others that mention me, that are of and concerning me, and/or that disparage me.   Radack refuses to disclose these documents, which are in her exclusive possession and control. [*Fitzgibbon Dec., ¶ 13*].

7.     On June 28, 2019, Fitzgibbon filed this action to enforce the terms of the settlement agreement.   He engaged legal counsel at a regular and customary rate of $400

per hour.  Fitzgibbon has suffered liquidated damages as a result of Radack's breach of the settlement agreement in the sum of $28,000.00.  He has incurred substantial attorney's fees (in a sum to be shown by a separate Declaration of counsel), which are ongoing and which he is obligated to pay.  He has paid $400 in court costs to date. [*Fitzgibbon Dec., ¶ 14*].

## II.  <u>DISCUSSION</u>

### A.    *<u>Standard of Review</u>*

Summary judgment under Rule 56 is appropriate when the record demonstrates that there exists no genuine issue of material fact, and that the moving party is entitled to judgment as a matter of law. *Fed. R. Civ. P. 56(a)*.  Although the Court must view the record "in the light most favorable to the non-moving party," *Dulaney v. Packaging Corp. of America*, 673 F.3d 323, 324 (4th Cir. 2012), "[t]he mere existence of a scintilla of evidence in support of the [nonmovant's] position will be insufficient" to overcome summary judgment. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 252 (1986); *see also Am. Arms Int'l v. Herbert*, 563 F.3d 78, 82 (4th Cir. 2009).  Rather, a genuine issue of material fact exists only "if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Anderson*, 477 U.S. at 248.  Moreover, "[t]he mere existence of some alleged factual dispute" cannot defeat a motion for summary judgment. *Hooven-Lewis v. Caldera*, 249 F.3d 259, 265 (4th Cir. 2001).  Instead, the dispute must be both "material" and "genuine," meaning that it must have the potential to "affect the outcome of the suit under the governing law." *Id.*

B.      ***Radack Breached The Settlement Agreement***

The parties' contract is governed by Virginia law. [*Fitzgibbon Dec., ¶ 4*].  Under Virginia law, Fitzgibbon must show three elements to successfully bring an action for breach of contract: "(1) a legally enforceable obligation of a defendant to a plaintiff; (2) the defendant's violation or breach of that obligation;" and (3) "injury or damage to the plaintiff caused by the breach of obligation." *Filak v. George*, 267 Va. 612, 619, 594 S.E.2d 610 (2004).

The settlement agreement clearly obligates Radack to refrain from publishing any tweet, retweet, reply, like or other post on Twitter that "mentions" Fitzgibbon or that is "of and concerning" Fitzgibbon.  The settlement agreement further obligates Radack to refrain from publishing or communicating – electronically, orally, in writing, or in any other manner – to any third party (excluding only family members) "any disparaging comments or words that would cause or contribute to such Party being held in disrepute by the public."  The evidence presented by Fitzgibbon clearly demonstrates that Radack breached the settlement agreement.  Radack published numerous tweets, retweets, replies and likes that mention Fitzgibbon by name and that are "of and concerning" him.  The direct messages sent by Radack to Eric Morgan on June 8, 2019 are most certainly disparaging.  Finally, there is no dispute that Fitzgibbon has suffered liquidated damages caused by Radack's breaches.

C.      ***Fitzgibbon Is The Prevailing Party***

Paragraph 19 of the settlement agreement states as follows:

> 19.   <u>Enforcement of Agreement; Attorneys' Fees</u>.   If any suit or action is filed by any Party to enforce any of the terms of this Agreement, the prevailing Party in such suit or action shall be entitled to recover all of their costs, expenses and attorney's fees incurred in connection with such suit, including, without limitation, all costs, expenses and attorney's fees incurred on any appeal, from the non-prevailing Party.

Fitzgibbon is the prevailing party in this action. *Buckhannon Bd. and Care Home, Inc. v. West Virginia Dep't of Health and Human Resources*, 532 U.S. 698, 603 (2001) ("Black's Law Dictionary 1145 (7th ed.1999) defines 'prevailing party' as '[a] party in whose favor a judgment is rendered, regardless of the amount of damages awarded … Also termed *successful party*.'  This view that a 'prevailing party' is one who has been awarded some relief by the court can be distilled from our prior cases."); *Sheets v. Castle*, 263 Va. 407, 413-414, 559 S.E.2d 616 (2002) ("We need not go farther than *Black's Law Dictionary* for [the] common meaning [of 'prevailing party']: 'A party in whose favor a judgment is rendered, regardless of the amount of damages awarded.' *Black's Law Dictionary* 1145 (7th ed.1999)."); *see id. Ulloa v. QSP, Inc.*, 271 Va. 72, 82-83, 624 S.E.2d 43 (2006) (plaintiff, who obtained a favorable verdict on its breach of contract claim, but was awarded no damages, was the prevailing party).

Here, the contract plainly entitles Fitzgibbon to recover "all" attorneys fees incurred in connection with this suit.  Federal Rule of Civil Procedure 54(d)(2) provides that a "claim for attorney's fees and related nontaxable expenses must be made by motion unless the substantive law requires those fees to be proved at trial as an element of damages." The Rule also sets out timing and content requirements for a motion for attorney's fees. *Fed. R. Civ. P. 54(d)(2)(B)*.

## <u>CONCLUSION AND REQUEST FOR RELIEF</u>

For the reasons stated above, Trevor Fitzgibbon requests the Court to enter partial summary judgment in his favor on his breach of contract claim against Jesselyn Radack, and to award liquidated damages, attorney's fees and costs incurred.


DATED:          May 28, 2020


TREVOR FITZGIBBON


By:    */s/ Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:     (804) 501-8272
        Facsimile:     (202) 318-4098
        Email:          **stevenbiss@earthlink.net**

        *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.


By:  */s/ Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:    (804) 501-8272
        Facsimile:    (202) 318-4098
        Email:      **stevenbiss@earthlink.net**

        *Counsel for the Plaintiff*