UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, )<br>)<br>PLAINTIFF )<br>vs. )<br>)<br>JESSELYN A. RADACK, )<br>)<br>DEFENDANT )<br>)<br>)<br>) | Civil Action No. 3:19-cv-477-REP |

**[PROPOSED] ORDER CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

This matter came to be heard on a motion by Defendant Jesselyn A. Radack for an extension of time within which to file responsive pleadings to Plaintiff Trevor Fitzgibbon's Third Amended Complaint. It appearing to the Court that good cause exists to grant Defendant's request for an extension of time, it is hereby ORDERED that Defendant's Consent Motion for Extension of Time is GRANTED and that Defendant shall have until June 8, 2020, to file her responsive pleadings to Plaintiff's Third Amended Complaint.

It is so ORDERED.

                                                                                                                    _____
                                                                                                                    Hon. Robert E. Payne
                                                                                                                    Senior United States District Judge

Richmond, Virginia
Date: _____, 2020