**From:** Steven S. Biss <stevenbiss@earthlink.net>
**Sent:** Monday, May 18, 2020 8:27 PM
**To:** D. Margeaux Thomas <mthomas@thomaslawplc.com>
**Cc:** Trevor Fitzgibbon <TrevorFG@protonmail.com>
**Subject:** Morgan Deposition

Margeaux,

Mr. Morgan is all set for Thursday. We need specific instructions from you how and when to connect.

June 10 is confirmed for Trevor's deposition.


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

EXHIBIT A

| | |
|---|---|
| **From:** | Steven S. Biss |
| **To:** | D. Margeaux Thomas |
| **Cc:** | Maya Srour; Trevor Fitzgibbon |
| **Subject:** | Re: Deposition Dates |
| **Date:** | Monday, May 18, 2020 12:19:40 PM |

Margeaux,

I will confirm May 21 with Mr. Morgan.

June 9-11 work for Trevor's deposition. Let me know what day you prefer.

During the telephonic hearing with the Judge, he directed you to determine how Radack obtained Mr. Morgan's email address. Please let me know the answer ASAP.

Finally, I am filing the third amended complaint today and I know you have to refile your 12b1 motion and brief an issue on resulting damages. Plaintiff has decided to pursue his breach of contract claim and drop the fraud in the inducement claim. As a courtesy, I wanted you to know that the third amended complaint will not include a claim of fraud in the inducement.

Call or email me if you have any questions.

**From:** D. Margeaux Thomas
**Sent:** Monday, May 18, 2020 11:55 AM
**To:** Steven S. Biss
**Cc:** Maya Srour
**Subject:** RE: Deposition Dates

I would like to schedule Eric on 5/21. We will need another date for Trevor, I cannot do 5/27. Does June 8-11th work for you and Trevor?

Thank you,

D. Margeaux Thomas



11130 Fairfax Blvd., Ste 200
Fairfax, VA 22030
T 703.957.2577
mthomas@thomaslawplc.com
www.thomaslawplc.com

Licensed in Virginia, Maryland, and Washington, DC.

NOTICE: Information contained in this transmission to the named addressee is proprietary and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information

transmitted without making any copy or distribution thereof.

**From:** Steven S. Biss <stevenbiss@earthlink.net>
**Sent:** Saturday, May 16, 2020 4:28 PM
**To:** D. Margeaux Thomas <mthomas@thomaslawplc.com>
**Subject:** Re: Deposition Dates

Margeaux,

Eric Morgan is available on 5/21.  Trevor can do 5/21 or 5/27.  Does that work for you?

**From:** D. Margeaux Thomas
**Sent:** Saturday, May 16, 2020 8:09 AM
**To:** Steven S. Biss
**Subject:** RE: Deposition Dates

Thank you.  We will circulate a notice of deposition.

Thank you,

D. Margeaux Thomas



11130 Fairfax Blvd., Ste 200
Fairfax, VA 22030
T 703.957.2577
mthomas@thomaslawplc.com
www.thomaslawplc.com

Licensed in Virginia, Maryland, and Washington, DC.

NOTICE: Information contained in this transmission to the named addressee is proprietary and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**From:** Steven S. Biss <stevenbiss@earthlink.net>
**Sent:** Friday, May 15, 2020 3:12 PM
**To:** D. Margeaux Thomas <mthomas@thomaslawplc.com>
**Cc:** Trevor Fitzgibbon <TrevorFG@protonmail.com>
**Subject:** Re: Deposition Dates

Margeaux,

The 21st works for Trevor, but the 28th does not work for me.

I am waiting to hear from Eric Morgan re his available dates in May.  Will get those to you

ASAP.

Call or email me if you have any questions.

Have a good weekend.

**From:** D. Margeaux Thomas
**Sent:** Friday, May 08, 2020 12:39 PM
**To:** Stevenbiss@earthlink.net
**Cc:** Maya Srour
**Subject:** Deposition Dates

Steven,

Can your client be available for a remote video deposition on May 21st?  I would also like to propose May 28th for Eric Morgan's deposition.  Please advise if these dates work.

Thank you,

D. Margeaux Thomas



11130 Fairfax Blvd., Ste 200
Fairfax, VA 22030
T 703.957.2577
mthomas@thomaslawplc.com
www.thomaslawplc.com

Licensed in Virginia, Maryland, and Washington, DC.

NOTICE: Information contained in this transmission to the named addressee is proprietary and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

Steven S. Biss

(Virginia State Bar # 32972)

300 West Main Street, Suite 102

Charlottesville, Virginia 22903

Telephone (804) 501-8272

Facsimile: (202) 318-4098

Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch

[www.linkedin.com/in/steven-s-biss-6517037](www.linkedin.com/in/steven-s-biss-6517037)

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
[www.linkedin.com/in/steven-s-biss-6517037](www.linkedin.com/in/steven-s-biss-6517037)

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.

Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903

Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.