| | |
|---|---|
| **From:** | D. Margeaux Thomas |
| **To:** | Stevenbiss@earthlink.net |
| **Cc:** | Maya Srour |
| **Bcc:** | |
| **Subject:** | Morgan Supplement |
| **Date:** | Thursday, May 21, 2020 10:36:00 AM |

Steven,

I am requesting that the "attorney eyes only" designation be removed from the supplemental responses and documents that you produced relating to Eric Morgan.  As you know, my client is aware of Eric Morgan's identity, she obtained his identity from information you provided in the publicly filed pleadings in this case, which include the fact that he is male, a lawyer, resides in Florida, his twitter account was suspended, etc.  Furthermore, there is nothing highly sensitive, such as trade secrets, personal financial statements, or tax returns, included in the material you produced.

Please also let me know whether you have any objection to my client attending the Zoom video deposition of Eric Morgan on June 4th.

Thank you,

D. Margeaux Thomas



11130 Fairfax Blvd., Ste 200
Fairfax, VA 22030
T 703.957.2577
mthomas@thomaslawplc.com
www.thomaslawplc.com

Licensed in Virginia, Maryland, and Washington, DC.

NOTICE: Information contained in this transmission to the named addressee is proprietary and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.