| | |
|---|---|
| **From:** | Steven S. Biss |
| **To:** | D. Margeaux Thomas |
| **Cc:** | Maya Srour |
| **Subject:** | Re: Morgan Supplement |
| **Date:** | Friday, May 22, 2020 10:35:59 AM |

Margeaux,

Your explanation for how Radack learned Eric Morgan's email address is unconvincing.  What did she "google"?  How did she know what to "google" if she did not retain her direct messages.  His Twitter account is suspended.

What role is "Lisa Ling" playing in all this?

I am not agreeable to removing the ATTORNEY'S EYES ONLY designation.

I do not trust your client to share the identity of Mr. Morgan with third parties.  The identity of a whistleblower is highly sensitive.

I object to your client attending the deposition on the 4th.

Finally, please email me the deposition exhibits you intend to use.  You produced 58 pages of documents, none of which relate to Mr. Morgan.  I do not expect that you will show up to the deposition with documents that were not produced in discovery.

**From:** D. Margeaux Thomas
**Sent:** Thursday, May 21, 2020 10:36 AM
**To:** Stevenbiss@earthlink.net
**Cc:** Maya Srour
**Subject:** Morgan Supplement

Steven,

I am requesting that the "attorney eyes only" designation be removed from the supplemental responses and documents that you produced relating to Eric Morgan.  As you know, my client is aware of Eric Morgan's identity, she obtained his identity from information you provided in the publicly filed pleadings in this case, which include the fact that he is male, a lawyer, resides in Florida, his twitter account was suspended, etc.  Furthermore, there is nothing highly sensitive, such as trade secrets, personal financial statements, or tax returns, included in the material you produced.

Please also let me know whether you have any objection to my client attending the Zoom video deposition of Eric Morgan on June 4th.

Thank you,

D. Margeaux Thomas



11130 Fairfax Blvd., Ste 200
Fairfax, VA 22030
T 703.957.2577
mthomas@thomaslawplc.com
www.thomaslawplc.com

Licensed in Virginia, Maryland, and Washington, DC.

NOTICE: Information contained in this transmission to the named addressee is proprietary and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

Steven S. Biss

(Virginia State Bar # 32972)

300 West Main Street, Suite 102

Charlottesville, Virginia 22903

Telephone (804) 501-8272

Facsimile: (202) 318-4098

Email: stevenbiss@earthlink.net

Email: stevensbiss@protonmail.ch

www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.