# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, ) <br> ) <br> PLAINTIFF ) <br> vs. ) <br> ) <br> JESSELYN A. RADACK, ) <br> ) <br> DEFENDANT ) <br> ) <br> ) | Civil Action No. 3:19-cv-477-REP |

## [PROPOSED] ORDER MOTION TO REMOVE IMPROPER "COUNSEL'S EYES ONLY" DESIGNATION FROM PLAINTIFF'S SUPPLMENTAL DISCOVERY PRODUCTION

This matter came to be heard on a motion by Defendant Jesselyn A. Radack to remove improper "counsel's eyes only" designation applied by Plaintiff Trevor Fitzgibbon to his Supplemental Production. It appearing to the Court that good cause exists to grant Defendant's Motion, it is hereby ORDERED that Defendant's Motion is GRANTED and that Plaintiff's Supplemental Production will no longer be treated as "Counsel's Eyes Only" under the terms of the Protective Order.

It is so ORDERED.

_____
Hon. Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: _____, 2020