UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 3:19-cv-477-REP |
| | ) |
| JESSELYN A. RADACK, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant Jesselyn A. Radack, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6) hereby moves to dismiss with prejudice the Third Amended Complaint filed herein by Plaintiff Trevor Fitzgibbon for failure to state a claim upon which relief may be granted and in support thereof, respectfully refers the Court to the accompanying Memorandum in Support.

WHEREFORE, Jesselyn A. Radack respectfully requests that the Court grant the instant motion and enter the attached proposed Order.

Dated: June 8, 2020

Respectfully submitted,

JESSELYN A. RADACK

   /s/ D. Margeaux Thomas
D. Margeaux Thomas (VSB #75582)
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
Telephone: 703.957.2577
Facsimile: 703.957.2578
Email: mthomas@thomaslawplc.com
*Counsel for Defendant Jesselyn A. Radack*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 8th day of June 2020, a copy of the foregoing document was filed with the Court electronically. Notice of this filing will be sent automatically by the Court's CM/ECF system to the following parties:

Steven S. Biss
300 West Main Street, Suite 102,
Charlottesville, VA 22903
stevenbiss@earthlink.net

                                            /s/ D. Margeaux Thomas
                                     D. Margeaux Thomas (VSB #75582)
                                     The Thomas Law Office PLC
                                     11130 Fairfax Blvd., Suite 200-G
                                     Fairfax, VA 22030
                                     Telephone: 703.957.2577
                                     Facsimile: 703.957.2578
                                     Email: mthomas@thomaslawplc.com
                                     *Counsel for Defendant Jesselyn A. Radack*