## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 3:19-cv-477-REP |
| | ) |
| JESSELYN A. RADACK, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)

Defendant Jesselyn A. Radack, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(2) hereby moves to dismiss with prejudice the Third Amended Complaint filed herein by Plaintiff Trevor Fitzgibbon for lack of personal jurisdiction and in support thereof, respectfully refers the Court to the accompanying Memorandum in Support.

WHEREFORE, Jesselyn A. Radack respectfully requests that the Court grant the instant motion and enter the attached proposed Order.

Dated: June 8, 2020

Respectfully submitted,

JESSELYN A. RADACK

    /s/ D. Margeaux Thomas
D. Margeaux Thomas (VSB #75582)
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
Telephone: 703.957.2577
Facsimile: 703.957.2578
Email: mthomas@thomaslawplc.com
*Counsel for Defendant Jesselyn A. Radack*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2020, a copy of the foregoing document was filed with the

Court electronically.  Notice of this filing will be sent automatically by the Court's CM/ECF

system to the following parties:

      Steven S. Biss
      300 West Main Street, Suite 102
      Charlottesville, VA 22903
      *Counsel for Plaintiff*

         /s/  D. Margeaux Thomas_____
         D. Margeaux Thomas (VSB #75582)