UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TREVOR FITZGIBBON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:19-cv-477-REP |
| vs. | ) |
| | ) |
| JESSELYN A. RADACK, | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Trevor Fitzgibbon and Defendant, Jesselyn A. Radack (collectively, the "Parties"), by counsel, and hereby file this Notice of Settlement advising the Court that the Parties have reached a binding settlement resolving all claims and counterclaims asserted in the above-referenced matter. The Parties anticipate that a Joint Stipulation of Dismissal will be filed within 14 days. As a result of this settlement, Defendant will not be filing a response to Plaintiff's pending motions (ECF 92) and Plaintiff will not be filing a response to Defendant's pending motions (ECF 100, 102, 103, and 105). The Parties sincerely appreciate the Court's patience and assistance during these negotiations.

DATED:    June 23, 2020

| | |
|---|---|
| */s/ Steven S. Biss* | */s/ D. Margeaux Thomas* |
| Steven S. Biss (VSB # 32972) | D. Margeaux Thomas (VSB # 75582) |
| 300 West Main Street, Suite 102 | The Thomas Law Office, PLC |
| Charlottesville, Virginia 22903 | 11130 Fairfax Blvd., Suite 200 |
| Telephone:   (804) 501-8272 | Fairfax, VA 22030 |
| Facsimile:   (202) 318-4098 | Telephone:   703.957.2577 |
| Email:   stevenbiss@earthlink.net | Facsimile:   703.957.2578 |
| | Email: mthomas@thomaslawplc.com |
| *Counsel for the Plaintiff* | |
| | *Counsel for the Defendant* |