IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON,

    Plaintiff,

v.                                      Civil Action No. 3:19cv477

JESSELYN A. RADACK,

    Defendant.

**ORDER**

Having reviewed the NOTICE OF SETTLEMENT (ECF No. 106), and counsel for the parties having represented that the disputes in this action have been settled, it is hereby ORDERED that the following motions are denied as moot:

(1) Plaintiff's MOTION FOR PARTIAL SUMMARY JUDMENT (ECF No. 89);

(2) DFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) (ECF No. 99);

(3) DFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) (ECF No. 101); and

(4) DFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) (ECF No. 104).

It is further ORDERED that the parties shall electronically file a Stipulation of Dismissal by July 7, 2020.

It is so ORDERED.

/s/ *REP*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 24, 2020

2