IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| TREVOR FITZGIBBON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-477-REP |
| | ) | |
| | ) | |
| JESSELYN A. RADACK | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff, Trevor Fitzgibbon, and defendant, Jesselyn Radack, by and through their respective counsel, hereby stipulate and agree that this action, including the third amended complaint and counterclaim, shall be dismissed with prejudice, with each party bearing his or her own costs and attorney's fees.

DATED:   June 30, 2020

*/s/ Steven S. Biss*  
Steven S. Biss (VSB # 32972)  
300 West Main Street, Suite 102  
Charlottesville, Virginia 22903  
Telephone:   (804) 501-8272  
Facsimile:   (202) 318-4098  
Email:   stevenbiss@earthlink.net

*Counsel for the Plaintiff*

*/s/ D. Margeaux Thomas*  
D. Margeaux Thomas (VSB # 75582)  
The Thomas Law Office, PLC  
11130 Fairfax Blvd., Suite 200-G  
Fairfax, VA 22030  
Telephone:   703.957.2577  
Facsimile:   703.957.2578  
Email:  mthomas@thomaslawplc.com

*Counsel for the Defendant*